United States District Court
Southern District of Texas

**ENTERED**

August 07, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **GREYWIR YOHANDRE CARRASQUEL HERNANDEZ**, Petitioner, | § § § § | |
| v. | § § | Civil Action No. **1:26-cv-858** |
| **U.S. IMMIGRATION AND CUSTOM**, *et al.*, Respondents. | § § § § | |

## NOTICE AND ORDER

Before the Court is Petitioner Greywir Yohandre Carrasquel Hernandez's "Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241"[1] ("§ 2241 Petition").  Dkt. No. 1.  As discussed below, Carrasquel Hernandez's § 2241 Petition does not list a proper respondent.  *See generally id.*

The United States Supreme Court has made clear that for the purposes of a habeas corpus petition under 28 U.S.C. § 2241, the only proper respondent is the immediate custodian of the petitioner with the ability to produce the petitioner before the Court. *Rumsfeld v. Padilla*, 542 U.S. 426, 435 (2004).  The Southern District of Texas applies the immediate custodian rule to habeas petitions involving immigration detainees. *Alexis v. Sessions*, No. H-18-1923 2018, WL 5921017 at *4 (S.D. Tex. 2018) (Rosenthal, J.) (dismissing "claims against Sessions, Nielsen, Homan, Contreras, and Hartnett" because they were remote supervisory officials, not the petitioner's custodian).  The Court, then,

---

[1] Information obtained from Carrasquel Hernandez's § 2241 Petition.  *See* Dkt. No. 1.  Carrasquel Hernandez's A-number  is "A-240726208".  *Id*. at 1.  Carrasquel Hernandez does not list his country of origin.

notes that the proper respondent is the custodial officer of the facility where Carrasquel Hernandez is detained.  *See Rumsfeld*, 542 U.S. at 435.

Here, Carrasquel Hernandez lists "U.S. Immigration and Custom", "ICE", and "Port Isabel Detainee Center" as respondents.  Dkt. No. 1 at 1.  Carrasquel Hernandez does state he is held at the "Port Isabel Detainee Center"[2] located in Los Fresnos, Texas.  *Id*. Carrasquel Hernandez's custodian then, would appear to be the warden of that facility. *Rumsfeld v. Padilla*, 542 U.S. 426, 440 n.13 (2004) (noting that "the proper respondent [in a § 2241 habeas action] is the person responsible for maintaining...the custody of the prisoner."); *da Silva v. Nielsen*, 5:18-mc-00932, 2019 WL 1328461 at *6 (S.D. Tex. 2019) (Saldaña, J.) (dismissing petitioner's claims against Nielsen, Bible, Cerna, Vitiello, and Whitaker "because they [were] remote supervisory officials, not [p]etitioner's custodian"); *Cabrera-Hernandez v. Bondi*, 5:25-cv-197, 2025 WL 3684694 at *1 n.1 (S.D. Tex. 2025) (Marmolejo, J.) (noting that the proper respondent was the warden who had custody over petitioner).

Carrasquel Hernandez is **ORDERED** to file an Amended § 2241 Petition that names a proper respondent in accordance as discussed above.  Carrasquel Hernandez shall file his Amended § 2241 Petition **no later than 21 days from receipt of this Order**.

---

[2] Liberally construed, Carrasquel Hernandez refers to the Port Isabel Service Processing Center immigration detention facility located at 27991 Buena Vista Blvd., Los Fresnos, Texas 78566.

Carrasquel Hernandez is further **NOTIFIED** that if he fails to comply with the Court's Order, his case may be scheduled for dismissal. FED. R. CIV. P. 41(b); *Nottingham v. Warden, Bill Clements Unit*, F.3d 438, 440 (5th Cir. 2016) (the Court may sua sponte dismiss under Rule 41(b)).

**SO ORDERED.**

**SIGNED** on this **7th** day of **August, 2026,** at Brownsville, Texas.

_____
**Ignacio Torteya, III**
**United States Magistrate Judge**

3/3